Charles E. Lyons, II, V-76614
C.S.P. Solano (12-229)
P.O. Box, 4000
Vacaville, Ca. 95696

Petitioner IN PRO SE

**FILED**

JUL 0 3 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

(PR)

CRB
3205

THE SUPERIOR COURT OF CALIFORNIA

IN AND FOR THE COUNTY OF MONTEREY

CV 08

| | |
|---|---|
| Charles Edward Lyons, II, ) | CASE No._____ |
| Petitioner, ) | |
| ) | |
| -vs- ) | |
| ) | |
| D.K. Sisto, Warden, ) | |
| a person having custody ) | |
| of petitioner ) | |
| Respondent. ) | |

PETITION FOR WRIT OF HABEAS CORPUS,

BRIEF AND EXHIBITS IN SUPPORT THEREOF

THE SUPERIOR COURT OF CALIFORNIA

IN AND FOR THE COUNTY OF MONTEREY

| | |
|---|---|
| Charles Edward Lyons, II,       )<br>                                 )<br>            Petitioner,            )<br>                                 )<br>                                 )<br>        -vs-                     )<br>                                 )<br>                                 )<br>D.K. Sisto, Warden,              )<br>a person having custody          )<br>of petitioner                    )<br>            Respondent.          )<br>_____) | CASE No._____ |

NORTHERN DISTRICT APPROVED FORM

1   Who to Name as Respondent

2       You must name the person in whose actual custody you are. This usually means the Warden or
3   jailor. Do not name the State of California, a city, a county or the superior court of the county in which
4   you are imprisoned or by whom you were convicted and sentenced. These are not proper
5   respondents.
6       If you are not presently in custody pursuant to the state judgment against which you seek relief
7   but may be subject to such custody in the future (e.g., detainers), you must name the person in whose
8   custody you are now <u>and</u> the Attorney General of the state in which the judgment you seek to attack
9   was entered.

10  A. INFORMATION ABOUT YOUR CONVICTION AND SENTENCE
11      1. What sentence are you challenging in this petition?
12          (a)    Name and location of court that imposed sentence (for example; Alameda
13                  County Superior Court, Oakland):
14      SANTA CLARA COUNTY SUPERIOR COURT    191 N. First St., San Jose, Ca. 95113
15          Court                      Location
16          (b)    Case number, if known  CC440907
17          (c)    Date and terms of sentence  4/21/05,  15 Years with 85%
18          (d)    Are you now in custody serving this term? (Custody means being in jail, on
19                  parole or probation, etc.)    Yes  X     No ____
20                  Where?
21                  Name of Institution:  Solano State Prison
22                  Address:  C.S.P. Solano, P.O. Box, 4000, Vacaville, Ca. 95696
23      2. For what crime were you given this sentence? (If your petition challenges a sentence for
24  more than one crime, list each crime separately using Penal Code numbers if known. If you are
25  challenging more than one sentence, you should file a different petition for each sentence.)
26    V.C. § 2800.3; P.C. § 236/237, w/ P.C. § 12022.7 & 1203, sub. (e)(3); V.C. § 23222(b)
27    the charge of P.C. § 207, and V.C. § 14601 were dismissed
28

PET. FOR WRIT OF HAB. CORPUS      - 2 -

3. Did you have any of the following?

| | | |
|---|---|---|
| Arraignment: | Yes X | No ____ |
| Preliminary Hearing: | Yes X | No ____ |
| Motion to Suppress: | Yes ____ | No ____ |

4. How did you plead?

Guilty X    Not Guilty ____    Nolo Contendere ____

Any other plea (specify) _____

5. If you went to trial, what kind of trial did you have?

Jury ____    Judge alone ____    Judge alone on a transcript ____

6. Did you testify at your trial?        Yes ____    No ____

7. Did you have an attorney at the following proceedings:

| | | | |
|---|---|---|---|
| (a) | Arraignment | Yes X | No ____ |
| (b) | Preliminary hearing | Yes X | No ____ |
| (c) | Time of plea | Yes X | No ____ |
| (d) | Trial | Yes ____ | No ____ |
| (e) | Sentencing | Yes X | No ____ |
| (f) | Appeal | Yes X | No ____ |
| (g) | Other post-conviction proceeding | Yes X | No ____ |

8. Did you appeal your conviction?        Yes X    No ____

  (a)    If you did, to what court(s) did you appeal?

  Court of Appeal          Yes X    No ____

  Year: 2006    Result: denied

  Supreme Court of California    Yes X    No ____

  Year: 9/27/06    Result: denied

  Any other court          Yes ____    No ____

  Year: ____    Result: ____

  (b)    If you appealed, were the grounds the same as those that you are raising in this

PET. FOR WRIT OF HAB. CORPUS        - 3 -

|   |   |     |                                                    |          |        |
|---|---|-----|----------------------------------------------------|----------|--------|
| 1 |   |     | petition?                                          | Yes _X_  | No____ |
| 2 |   | (c) | Was there an opinion?                              | Yes ____ | No _X_ |
| 3 |   | (d) | Did you seek permission to file a late appeal under Rule 31(a)? |   |    |
| 4 |   |     |                                                    | Yes ____ | No____ |

5    If you did, give the name of the court and the result:

6    _____

7    _____

8    9. Other than appeals, have you previously filed any petitions, applications or motions with respect to

9    this conviction in any court, state or federal?          Yes _X_     No____

10   [Note: If you previously filed a petition for a writ of habeas corpus in federal court that

11   challenged the same conviction you are challenging now and if that petition was denied or dismissed

12   with prejudice, you must first file a motion in the United States Court of Appeals for the Ninth Circuit

13   for an order authorizing the district court to consider this petition. You may not file a second or

14   subsequent federal habeas petition without first obtaining such an order from the Ninth Circuit. 28

15   U.S.C. §§ 2244(b).]

16        (a)   If you sought relief in any proceeding other than an appeal, answer the following

17              questions for each proceeding. Attach extra paper if you need more space.

18        I.    Name of Court: _California Supreme Court_____

19              Type of Proceeding: _Petition for Review_____

20              Grounds raised (Be brief but specific):

21              a. _Please see Petition for Review pp. 7-17_____

22              b. _____

23              c. _____

24              d. _____

25              Result: ____denied_____ Date of Result: _9/27/06_

26        II.   Name of Court: _California Supreme Court_____

27              Type of Proceeding: _Writ of Habeas Corpus_____

28              Grounds raised (Be brief but specific):

PET. FOR WRIT OF HAB. CORPUS          - 4 -

|  |  |  |
|---|---|---|
| 1 | | See Writ of Habeas Corpus pp. 3 _____ |
| 2 | | b._____ |
| 3 | | c._____ |
| 4 | | d._____ |
| 5 | | Result: ___denied_____ Date of Result: 6/11/08 |
| 6 | III. | Name of Court: _____ |
| 7 | | Type of Proceeding: _____ |
| 8 | | Grounds raised (Be brief but specific): |
| 9 | | a._____ |
| 10 | | b._____ |
| 11 | | c._____ |
| 12 | | d._____ |
| 13 | | Result: _____ Date of Result:_____ |
| 14 | IV. | Name of Court: _____ |
| 15 | | Type of Proceeding: _____ |
| 16 | | Grounds raised (Be brief but specific): |
| 17 | | a._____ |
| 18 | | b._____ |
| 19 | | c._____ |
| 20 | | d._____ |
| 21 | | Result: _____ Date of Result:_____ |

22  (b)  Is any petition, appeal or other post-conviction proceeding now pending in any court?

23              Yes ____   No _X_

24      Name and location of court: _____

25  B. GROUNDS FOR RELIEF

26  State briefly every reason that you believe you are being confined unlawfully. Give facts to
27  support each claim. For example, what legal right or privilege were you denied? What happened?
28  Who made the error? Avoid legal arguments with numerous case citations. Attach extra paper if you

PET. FOR WRIT OF HAB. CORPUS          - 5 -

1  need more space. Answer the same questions for each claim.
2  [Note: You must present ALL your claims in your first federal habeas petition. Subsequent
3  petitions may be dismissed without review on the merits. 28 U.S.C. §§ 2244(b); McCleskey v. Zant,
4  499 U.S. 467, 111 S. Ct. 1454, 113 L. Ed. 2d 517 (1991).]
5  Claim One: See Petition, pp. 8-9  Memorandum of P & A; See also Exhibit A.
       for Review
6  _____
7  Supporting Facts: ____Same as above_____
8
9
10
11  Claim Two: __See Writ of Habeas Corpus, PP. 3_____
12
13  Supporting Facts: Same as above and Exhibits_____
14
15
16
17  Claim Three:_____
18
19  Supporting Facts:_____
20
21
22
23      If any of these grounds was not previously presented to any other court, state briefly which
24  grounds were not presented and why:
25       On the advice of Appellate Layer
26
27
28

PET. FOR WRIT OF HAB. CORPUS        - 6 -

1  List, by name and citation only, any cases that you think are close factually to yours so that they
2  are an example of the error you believe occurred in your case. Do not discuss the holding or reasoning
3  of these cases:
4  See iii of Petition for Review & PP.3 b, & 3 b
5  _____
6  _____
7  Do you have an attorney for this petition?                          Yes____   No  X
8  If you do, give the name and address of your attorney:
9  _____
10  WHEREFORE, petitioner prays that the Court grant petitioner relief to which s/he may be entitled in
11  this proceeding. I verify under penalty of perjury that the foregoing is true and correct.
12
13  Executed on ___June 20, 2008___                    *Charles E/M/* 
14              Date                                   Signature of Petitioner
15
16
17
18
19
20  (Rev. 6/02)
21
22
23
24
25
26
27
28

PET. FOR WRIT OF HAB. CORPUS        - 7 -

Case 3:08-cv-03205-CRB    Document 2    Filed 07/03/2008    Page 9 of 9