FILED
08 JUL -3 AM 11: 33
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Charles Edward Lyons, II )
)
                    Plaintiff,  ) CASE NO. 08 3205
)
    vs.                         ) PRISONER'S
D.K. Sisto, Warden              ) APPLICATION TO PROCEED
a person having custody         ) IN FORMA PAUPERIS
of petitioner                   )
                    Defendant.  )

I, __Charles Edward Lyons, II__, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.   Are you presently employed?   Yes ____  No _X_

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____  Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

PRIS. APPLIC. TO PROC. IN FORMA
PAUPERIS, Case No._____       - 1 -

1  and wages per month which you received. (If you are imprisoned, specify the last place of
2  employment prior to imprisonment.)
3  _____C.D.F_____
4  _____
5  _____
6  2.   Have you received, within the past twelve (12) months, any money from any of the following
7  sources:
8        a.   Business, Profession or           Yes ___ No _X_
9             self employment
10       b.   Income from stocks, bonds,        Yes ___ No _X_
11            or royalties?
12       c.   Rent payments?                    Yes ___ No _X_
13       d.   Pensions, annuities, or           Yes ___ No _X_
14            life insurance payments?
15       e.   Federal or State welfare payments, Yes ___ No _X_
16            Social Security or other govern-
17            ment source?
18  If the answer is "yes" to any of the above, describe each source of money and state the amount
19  received from each.
20  _____
21  _____
22  3.   Are you married?                       Yes ___ No _X_
23  Spouse's Full Name: _____
24  Spouse's Place of Employment: _____
25  Spouse's Monthly Salary, Wages or Income:
26  Gross $_____ Net $_____
27  4.   a.   List amount you contribute to your spouse's support : $ _____
28       b.   List the persons other than your spouse who are dependent upon you for support

PRIS. APPLIC. TO PROC. IN FORMA
PAUPERIS, Case No._____        - 2 -

1     and indicate how much you contribute toward their support. (NOTE: For minor
2     children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).
3     _____
4     _____
5   5.   Do you own or are you buying a home?          Yes ____ No _X_
6   Estimated Market Value: $_____ Amount of Mortgage: $_____
7   6.   Do you own an automobile?                     Yes ____ No _X_
8   Make _____ Year _____ Model _____
9   Is it financed? Yes _____ No _____ If so, Total due: $ _____
10  Monthly Payment: $ _____
11  7.   Do you have a bank account? Yes ____ No _X_ (Do not include account numbers.)
12  Name(s) and address(es) of bank: _____
13  _____
14  Present balance(s): $ _____
15  Do you own any cash? Yes ____ No _X_ Amount: $ _____
16  Do you have any other assets? (If "yes," provide a description of each asset and its estimated
17  market value.)   Yes ____ No _X_
18  _____
19  8.   What are your monthly expenses?
20  Rent: $ _____ Utilities: _____
21  Food: $ _____ Clothing: _____
22  Charge Accounts:
23  Name of Account          Monthly Payment              Total Owed on This Acct.
24  _____    $ _____            $ _____
25  _____    $ _____            $ _____
26  _____    $ _____            $ _____
27  9.   Do you have any other debts? (List current obligations, indicating amounts and to whom
28  they are payable. Do not include account numbers.)

PRIS. APPLIC. TO PROC. IN FORMA
PAUPERIS, Case No. _____          - 3 -

1  _____

2  _____

3  10.   Does the complaint which you are seeking to file raise claims that have been presented in

4  other lawsuits?                                              Yes ____   No _✕_

5  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which

6  they were filed.

7  _____

8  _____

9       I consent to prison officials withdrawing from my trust account and paying to the court the

10  initial partial filing fee and all installment payments required by the court.

11       I declare under the penalty of perjury that the foregoing is true and correct and understand

12  that a false statement herein may result in the dismissal of my claims.

13

14  June 20, 2008                    Charles E Ly

15       DATE                             SIGNATURE OF APPLICANT

PRIS. APPLIC. TO PROC. IN FORMA

PAUPERIS, Case No._____              - 4 -

```
EPORT ID: TS3030   701
```

```
                    CALIFORNIA DEPARTMENT OF CORRECTIONS
                       CALIFORNIA STATE PRISON SOLANO
                       INMATE TRUST ACCOUNTING SYSTEM
                       INMATE TRUST ACCOUNT STATEMENT

                FOR THE PERIOD: JAN. 01, 2008 THRU APR. 04, 2008

CCOUNT NUMBER : V76014                    BED/CELL NUMBER: S212T000000000L
CCOUNT NAME   : LYONS, CHARLES EDWARD         ACCOUNT TYPE: I
PIVILEGE GROUP: B
                          TRUST ACCOUNT ACTIVITY

<< NO ACCOUNT ACTIVITY FOR THIS PERIOD >>


                          CURRENT HOLDS IN EFFECT
   DATE      HOLD
  PLACED     CODE         DESCRIPTION              COMMENT          HOLD AMOUNT
 ---------   ----     --------------------      ---------------    -------------
 3/07/2008   H113     LEGAL COPIES HOLD          3258-L/CPY             0.20
 3/24/2008   H118     LEGAL COPIES HOLD          3527-L/CPY             0.20

                          TRUST ACCOUNT SUMMARY

 BEGINNING       TOTAL         TOTAL          CURRENT        HOLDS        TRANSACTIONS
  BALANCE       DEPOSITS     WITHDRAWALS      BALANCE       BALANCE       TO BE POSTED
-----------   -----------   ------------    -----------   -----------    --------------
    0.00          0.00          0.00            0.00         0.40             0.00


                                                              CURRENT
                                                            AVAILABLE
                                                             BALANCE
                                                          --------------
                                                              0.40-
```

REPORT ID: TS3030 .701 REPORT DATE: 10/05/07
PAGE NO: 1

CALIFORNIA DEPARTMENT OF CORRECTIONS
CALIFORNIA STATE PRISON SOLANO
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: JUL. 01, 2007 THRU OCT. 05, 2007

ACCOUNT NUMBER : V76614                    BED/CELL NUMBER: S212T2000000229L
ACCOUNT NAME   : LYONS, CHARLES EDWARD     ACCOUNT TYPE: I
PRIVILEGE GROUP: B

TRUST ACCOUNT ACTIVITY

<< NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

CURRENT
AVAILABLE
BALANCE
--------------
0.00

## **DECLARATION**

I, Charles Edward Lyons, II, declare that:

1) I wrote the Trust Office here at the institution by the institutional mail, to obtain a certified Certificate of Trust, per prison policy. I am still awaiting the signed certified copy that needs to be attached with this writ of habeas for proper filing.

2) I am a indigent, and I have had zero funds in my trust account for the past year to date.

3) As soon as I receive the certified copy of my trust account, I will forward it to the Courts Clerk.

I declare under the penalty of perjury that the above stated is true and correct.

*[signature]*
Charles E. Lyons, II