FILED
08 JUL 21 PM 4:52
[stamp: RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Charles Edward Lyons, II

    Plaintiff,

vs.

D.K. Sisto, Warden

    Defendant.

CASE NO. C08 3205 CRB (pr)

**PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS**

I, Charles E. Lyons, II, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No _X_

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____  Net: _____

Employer: _____

_____

JUL 14 2008

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received.  (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4     California Department of Forestry and Fire Protection
5
6
7  2.    Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9      a.    Business, Profession or                  Yes ___ No _X_
10          self employment
11     b.    Income from stocks, bonds,           Yes ___ No _X_
12          or royalties?
13     c.    Rent payments?                         Yes ___ No _X_
14     d.    Pensions, annuities, or                Yes ___ No _x_
15          life insurance payments?
16     e.    Federal or State welfare payments,    Yes ___ No _x_
17          Social Security or other govern-
18          ment source?
19 If the answer is "yes" to any of the above, describe each source of money and state the amount
20 received from each.
21
22
23 3.    Are you married?                           Yes ___ No _X_
24 Spouse's Full Name: _____
25 Spouse's Place of Employment: _____
26 Spouse's Monthly Salary, Wages or Income:
27 Gross $_____ Net $_____
28 4.    a.    List amount you contribute to your spouse's support:$ _____

PRIS. APP. TO PROC. IN FORMA PAUPERIS        - 2 -

JUL 1 4 2008

1  b.  List the persons other than your spouse who are dependent upon you for
2       support and indicate how much you contribute toward their support. (NOTE:
3       For minor children, list only their initials and ages. DO NOT INCLUDE
4       THEIR NAMES.).

5  _____
6  _____

7  5.  Do you own or are you buying a home?    Yes ____ No _X_
8  Estimated Market Value: $_____ Amount of Mortgage: $_____
9  6.  Do you own an automobile?    Yes ____ No _X_
10 Make _____ Year _____ Model _____
11 Is it financed? Yes _____ No _____ If so, Total due: $_____
12 Monthly Payment: $_____
13 7.  Do you have a bank account? Yes _____ No _X_ (Do not include account numbers.)
14 Name(s) and address(es) of bank: _____
15 _____
16 Present balance(s): $_____
17 Do you own any cash? Yes ____ No _X_ Amount: $_____
18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19 market value.) Yes ____ No _X_
20 _____
21 8.  What are your monthly expenses?
22 Rent: $ ___0.00___    Utilities: ___0.00___
23 Food: $ ___0.00___    Clothing: ___0.00___
24 Charge Accounts:
25 Name of Account          Monthly Payment          Total Owed on This Acct.
26 _____               $_____              $_____
27 _____               $_____              $_____
28 _____               $_____              $_____

1  9.   Do you have any other debts? (List current obligations, indicating amounts and to
2  whom they are payable. Do not include account numbers.)
3  _____N/A_____
4  _____

5  10.  Does the complaint which you are seeking to file raise claims that have been presented
6  in other lawsuits?  Yes ___  No _X_
7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8  which they were filed.
9  _____
10 _____

11     I consent to prison officials withdrawing from my trust account and paying to the court
12 the initial partial filing fee and all installment payments required by the court.
13     I declare under the penalty of perjury that the foregoing is true and correct and
14 understand that a false statement herein may result in the dismissal of my claims.

15
16   July 17, 2008                          Charles E Lipps
17     DATE                                  SIGNATURE OF APPLICANT

PRIS. APP. TO PROC. IN FORMA PAUPERIS            - 4 -

JUL 1 4 2008

Case Number: _____

# CERTIFICATE OF FUNDS

## IN

## PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of <u>Charles Edward Lyons, II</u> for the last six months
[prisoner name]
<u>California State Prison Solano</u>       where (s)he is confined.
[name of institution]
I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ <u>0.00</u>  and the average balance in the prisoner's account each month for the most recent 6-month period was $ <u>0.00</u>.

Dated: <u>7/17/08</u>                    <u>Charles E Lyon</u>
                                        [Authorized officer of the institution]

JUL 14 2008

```
REPORT ID: TS3030 .701                                                            REPORT DATE: 07/16/08
                                                                                  PAGE NO:        1
                                  CALIFORNIA DEPARTMENT OF CORRECTIONS
                                  CALIFORNIA STATE PRISON SOLANO
                                  INMATE TRUST ACCOUNTING SYSTEM
                                  INMATE TRUST ACCOUNT STATEMENT

                          FOR THE PERIOD: JAN. 01, 2008 THRU JUL. 16, 2008

ACCOUNT NUMBER  : V76614                              BED/CELL NUMBER: S212T2000000229L
ACCOUNT NAME    : LYONS, CHARLES EDWARD               ACCOUNT TYPE: I
PRIVILEGE GROUP : B

                               TRUST ACCOUNT ACTIVITY

             << NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

                              CURRENT HOLDS IN EFFECT

 DATE      HOLD
PLACED     CODE        DESCRIPTION                    COMMENT              HOLD AMOUNT
------    ------    ---------------------           ------------          -------------
06/18/2008  H118    LEGAL COPIES HOLD               4730-L/CPY                   3.70
06/18/2008  H118    LEGAL COPIES HOLD               4730-L/CPY                   0.60
06/18/2008  H118    LEGAL COPIES HOLD               4730-L/CPY                   0.30
06/20/2008  H118    LEGAL COPIES HOLD               4769-L/CPY                  14.70
06/24/2008  H119    ARTIFICIAL APPLIANCE HOLD       4828INSERT                   6.83
07/02/2008  H109    LEGAL POSTAGE HOLD              0036-LEGAL                   4.80
07/02/2008  H118    LEGAL COPIES HOLD               0039-L/CPY                   0.80

                              TRUST ACCOUNT SUMMARY

 BEGINNING       TOTAL         TOTAL          CURRENT        HOLDS      TRANSACTIONS
  BALANCE      DEPOSITS     WITHDRAWALS       BALANCE       BALANCE     TO BE POSTED
----------    ----------    -----------      ---------     ---------   -------------
    0.00         0.00           0.00            0.00         31.73          0.00

                                                              CURRENT
                                                             AVAILABLE
                                                              BALANCE
                                                             ---------
                                                               31.73
```

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY Barbara Patts

Charles E. Lyons, II, V-76614
C.S.P. Solano (12-229)
P.O. Box, 4000
Vacaville, Ca. 95696


Petitioner In Pro Se


IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA


| Charles E. Lyons, II, | ) | |
|---|---|---|
| Petitioner, | ) | Case No. (PR) |
| | ) | PETITIONER FOR |
| -vs- | ) | WRIT OF HABEAS CORPUS |
| | ) | CRB |
| D.K. Sisto, Warden, | ) | |
| a person having custody of petitioner, | ) | CV 08   3205 |
| Respondent. | ) | |


TO: THE HONORABLE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA:

Pursuant to 28 U.S.C. § 2254, above-named petitioner, CHARLES EDWARD LYONS, II (hereinafter "Petitioner"), proceeding without the appointment of trained counsel, respectfully petitions this court for a petition for writ of habeas corpus, and by this verified petition, sets forth the following facts and causes for the issuance of said writ.

I

Petitioner is unlawfully confined by the Warden at Solano State Prison in Vacaville, California, D.K. Sisto. Petitioner is serving a term of imprisonment of 15 years, which was unlawfully imposed by the Superior Court for the County of Santa Clara, in case number CC440907.

-1-

C Lyons V-76614
C.S.P. Solano (12-229)
P.O. Box, 4000
Vacaville, CA 95696

BUSINESS REPLY MAIL
FIRST-CLASS MAIL   PERMIT NO. 12615   WASHINGTON DC

POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES



07-17-08
M. Bruno (cdn)