1
2
3
4
5
6

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

7
8
9
10
11
12

CHARLES E. LYONS II,                    )
                                        )
              Petitioner,               )     No. C 08-3205 CRB (PR)
                                        )
     vs.                                )     ORDER DENYING
                                        )     CERTIFICATE OF
D. K. SISTO, Warden,                    )     APPEALABILITY
                                        )
              Respondent.               )
_____  )

13

14
15
16

          Petitioner has filed a notice of appeal which the court also construes as a

request for a certificate of appealability under 28 U.S.C. § 2253(c) and Federal

Rule of Appellate Procedure 22(b).

17
18
19
20
21

          A certificate of appealability is DENIED because petitioner has not made

"a substantial showing of the denial of a constitutional right."  28 U.S.C. §

2253(c)(2).  Petitioner has not demonstrated that "reasonable jurists would find

the district court's assessment of the constitutional claims debatable or wrong."

Slack v. McDaniel, 529 U.S. 473, 484 (2000).

22
23

          The clerk shall forward to the court of appeals the case file with this order.

See United States v. Asrar, 116 F.3d 1268, 1270 (9th Cir. 1997).

24

SO ORDERED.

25
26

DATED:   Sept. 3, 2009
                                        _____
                                        CHARLES R. BREYER
                                        United States District Judge

27

28

G:\PRO-SE\CRB\HC.08\Lyons, C1.coa.wpd